OPINION — AG — ** SCHOOL LANDS — PROPERTY — PROCEEDS OF SALE ** MONEY DERIVED FROM THE SALE OF THE " COMMON SCHOOL LANDS " OF THIS STATE 'CANNOT' " BE LEGALLY USED FOR THE CONSTRUCTION AND MAINTENANCE OF ROADS FOR RURAL SCHOOL BUS ROUTES ". (ROAD CONSTRUCTION, IMPROVEMENTS, SCHOOL FUND SALE OF PUBLIC LANDS, FEDERAL, PERMANENT SCHOOL FUND) CITE: ARTICLE XI, SECTION 2 (FRED HANSEN)